# Exhibit 1

## ROBERT SCHOFIELD INTERVIEW QUESTIONS:

1. Tell me about the crime you were convicted of.

2. How did it begin?

3. You were a 30 year federal employee.  Why, after all those years of service, did you decide to participate in these activities / what was your motive?

4. How long did this go on?

5. How did this activity continue for so long without your being caught?

6. Did you have people within your workplace who aided and assisted you in these activities -- were the brokers individuals that you worked with or, if not, how did you meet them?

7. Would you say it was easy to initiate something like this in your particular work environment.  That is, were there specific procedures in place to prevent these kinds of activities, or was it fairly lax in this regard?

8. Do you think USCIS was in any way responsible for your actions?

9. Did other employees suspect what was going on?

10. If so, did they intervene?  If not, why not?

11. Did you originally think what you were doing was wrong?

12. How did you justify your actions to yourself?

13. Many of the A-files used in your schemes had to be noted by the auditors as missing.  How did you keep the auditors from discovering that you had the files?

14. Were you under any kind of pressure?  What kind?

15. How did you eventually get caught?

16. What has being in prison been like for you?

17. What would you advise others who might be faced with the same temptation?

18. If you had it to do over again, what would you do differently?

19. Would you say it's a positive step that OSI/USCIS is taking with this outreach to educate employees and thus deter fraud in the workplace (i.e. identifying red flags, etc.)

20. Why have you agreed to talk publicly about your experience?

21. How effective might this training have been in your case?

22. Any last words?